```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      CENTRAL DISTRICT OF CALIFORNIA
10  McKINLEY P. ATKINS,            )   NO. SACV 09-0003-PSG(CT)
                                   )
11              Petitioner,        )   JUDGMENT
                                   )
12         v.                      )
                                   )
13  A. HEDGPETH, Warden,           )
                                   )
14              Respondent.        )
    _____)
15
16      IT IS HEREBY ADJUDGED that the petition is dismissed without
17  prejudice.
18
    DATED: March 30, 2009_                  /s/ Phil S. G.
19
20                                      _____
                                        PHILIP S. GUTIERREZ
21                                      UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28
```